SEDGWICK, DETERT, MORAN & ARNOLD LLP
DAVID A. RING  Bar No. 190011
david.ring@sdma.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY

FILED
2009 APR 15  PM 3: 58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV09-2628 GHK (CWx)

| | |
|---|---|
| VINTAGE PETROLEUM, LLC, a limited liability company under the laws of the State of Delaware,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AN ILLINOIS CORPORATION, AND GREKA OIL & GAS, INC., A COLORADO CORPORATION DOING BUSINESS UNDER THE LAWS OF THE STATE OF CALIFORNIA, AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendant. | CASE NO.<br><br>NOTICE OF REMOVAL |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

The defendant, American International Specialty Lines Insurance Company, by its attorneys Sedgwick, Detert, Moran & Arnold LLP, respectfully represents as follows:

1. On or about November 5, 2008, an action was commenced against

LA/893948v2

-1-

1. American International Specialty Lines Insurance Company ("AISLIC") by the filing of a complaint (the "Complaint") in the Superior Court of the State of California, County of Santa Barbara, by Vintage Petroleum, LLC (hereinafter, "Vintage" or "plaintiff"). The suit is identified in the Superior Court of the State of California, County of Santa Barbara as <u>Vintage Petroleum, LLC v. American International Specialty Lines Insurance Company, and Greka Oil & Gas, Inc., and Does 1-20</u>, Index No. 1273197. A copy of the Complaint with exhibits as well as all "process pleadings and orders" served in this action other than Exhibit B, below, are attached collectively hereto as Exhibits A-01 – A-51.

2. The action filed by Vintage seeks declaratory relief regarding purported coverage owed to Vintage with respect to Pollution Legal Liability Select Clean-Up Cost Cap Insurance Policy No. 8087804 (the "AISLIC Policy") issued by AISLIC to co-defendant Greka Energy Corporation ("Greka") (n/k/a Greka Oil). Plaintiff Vintage is an additional insured under the AISLIC Policy.

3. The Complaint in its original form also included a damages cause of action by Vintage for fraud against Greka.

4. On December 8, 2008, AISLIC removed this case to the U.S. District Court for the Central District of California pursuant to 28 U.S.C. section 1441(b), alleging in part that, although Greka may be a citizen of California, its citizenship should be disregarded for purposes of establishing diversity jurisdiction because it was fraudulently joined as a defendant based upon an arbitration clause in the governing contract between Vintage and Greka.

5. On February 6, 2009, the U.S. District Court for the Central District of California remanded this case to the Superior Court for Santa Barbara County, Cook Division, California.

6. On March 19, 2009, counsel for AISLIC received service of a Request for Dismissal by Vintage of the Complaint's Second Cause of Action for Fraud against Greka (without prejudice). A copy of the Request for Dismissal is

1 attached hereto as Exhibit B.

2     7.    In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days after receipt by AISLIC of Vintage's Request for Dismissal of the Complaint's Second Cause of Action for Fraud against Greka.

## JURISDICTION

8.    Upon information and belief, the plaintiff seeks indemnification under the AISLIC Policy in an amount no less than $1.7 million dollars, and likely more. Accordingly, the amount alleged to be in controversy exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

9.    Upon information and belief, plaintiff Vintage is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business located in Tulsa, Oklahoma. See Exhibits A-01 (the Complaint) and C.

10.    At the commencement of this action, AISLIC is a corporation duly organized and existing under the laws of the State of Illinois, with its principal place of business located in New York, New York.

11.    Upon information and belief, Greka is a corporation duly organized and existing under the laws of the State of Colorado, with its principal place of business in Santa Maria, California.

12.    Complete diversity exists because realignment of Greka as a plaintiff to this action is necessary and appropriate and AISLIC is therefore filing a motion to realign. The above-referenced dismissal of the Complaint's Second Cause of Action for fraud against Greka leaves the Complaint with only a single cause of action for declaratory relief against AISLIC and Greka in which Vintage seeks a declaration that it is entitled to coverage under the AISLIC Policy. Since defendant Greka also seeks coverage under the AISLIC Policy, its interests with respect to this action are aligned with those of Vintage. The Court should accordingly realign Greka as a plaintiff, which would then establish diversity of

1  citizenship.

2     13.    If the Court does not realign the action, the citizenship of Greka should be disregarded because, at most, it is only a nominal party to this action. Pursuant to California law, Vintage has plainly failed to state a valid claim for declaratory relief against Greka. California Rule of Civil Procedure section 1060 requires that a complaint for declaratory relief demonstrate an actual, *present* controversy relating to the legal rights and duties of the respective parties. The instant action, however, concerns at most only a prospective controversy with respect to Greka, *i.e.*, the alleged failure to properly procure coverage for Vintage as an additional insured pursuant to a separate agreement between Vintage and Greka. As such, the "controversy" involving Greka is conjectural and contingent, and the fundamental basis of a declaratory relief action does not exist. Accordingly, Greka should be disregarded as an improperly named defendant to the action, which also will establish diversity of citizenship.

14.    As set forth above, and as otherwise demonstrated by Exhibit A, federal subject matter jurisdiction under 28 U.S.C. §§ 1332 and 1441(a) and (b) exists because plaintiff Vintage is a citizen of Delaware and Oklahoma, and defendants are citizens of Illinois and New York (AISLIC) and Colorado and California (Greka Oil), where they are incorporated and maintain principal places of business, respectively.

**WHEREFORE**, the defendant American International Specialty Lines Insurance Company respectfully requests that the above-referenced action now pending against it in the Superior Court of the State of California, County of Santa Barbara, be removed to this Court.

DATED: April 15, 2009        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
David A. King
Attorneys for Defendant
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California 90017-5556. On April 15, 2009, I served the within document(s):

**NOTICE OF REMOVAL**

☒ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via Overnite Express.

| | |
|---|---|
| Terry Avchen, Esq.<br>Aaron Allan, Esq.<br>Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA  90067 | tavchen@glaserweil.com<br>aallan@glaserweil.com<br><br>Attorneys For Plaintiff<br><br>Phone     (310) 553-3000<br>Fax         (310) 556-2920 |
| Michael L. Turrill, Esq.<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013-1065 | turrill.michael@arentfox.com<br><br>Attorneys for Defendant<br>GREKA OIL & GAS, INC.<br><br>Phone     (213) 443-7535<br>Fax         (213) 629-7401 |
| Gregg S. Garrison, Esq.<br>Garrison Law Corporation<br>1525 State Street, Suite 100<br>Santa Barbara, CA  93101 | ggarrison@garrisonlawcorp.com<br><br>Attorneys for Defendant<br>GREKA OIL & GAS, INC.<br><br>Phone     (805) 957-1700<br>Fax         (805) 957-1709 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 15, 2009, at Los Angeles, California.

_____
Dee Keegan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

## CV09- 2628 GHK (CWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Vintage Petroleum, LLC, a limited liability company existing under the laws of the State of Delaware

**DEFENDANTS**
American International Speciality Lines Insurance Company, an Illinois corporation, and Greka Oil & Gas, Inc., a Colorado corporation, and DOES 1 through 20, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Glaser, Weil, Fink, Jacobs & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor; Los Angeles, CA 90067
Phone 310.553.3000; Fax 310.556.2920

**Attorneys (If Known)**
Sedgwick Detert Moran & Arnold LLP
801 South Figueroa Street, Suite 1900; Los Angeles, CA 910017-5556
Phone 213.426.6900; Fax 213.426.6921

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|                                                  | PTF | DEF |                                                                          | PTF | DEF |
|--------------------------------------------------|-----|-----|--------------------------------------------------------------------------|-----|-----|
| Citizen of This State                            | ☐1  | ☐1  | Incorporated or Principal Place of Business in this State                | ☐4  | ☐4  |
| Citizen of Another State                         | ☒2  | ☒2  | Incorporated and Principal Place of Business in Another State            | ☒5  | ☒5  |
| Citizen or Subject of a Foreign Country          | ☐3  | ☐3  | Foreign Nation                                                           | ☐6  | ☐6  |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ 1.7 million in policy benefits

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Insurance coverage dispute, diversity (28 U.S.C. Sections 1332, 1441)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☒ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV09-2628

**FOR OFFICE USE ONLY:** Case Number: CV09-02628 DDP (SSx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                           CIVIL COVER SHEET                           Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): CV08-08075 DDP (SSx)

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Oklahoma (principal place of business); Delaware (organization) |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Greka Oil & Gas Co.: Santa Barbara | American International Speciality Lines Insurance Company, New York, NY (principal place of business); Delaware (incorporation) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara | New York, New York |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date April 15, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California 90017-5556. On April 15, 2009, I served the within document(s):

**CIVIL COVER SHEET**

☒ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via Overnite Express.

| | |
|---|---|
| Terry Avchen, Esq.<br>Aaron Allan, Esq.<br>Glaser, Weil, Fink, Jacobs & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067 | Attorneys For Plaintiff<br><br>Phone    (310) 553-3000<br>Fax       (310) 556-2920 |
| Michael L. Turrill, Esq.<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065 | turrill.michael@arentfox.com<br><br>Attorneys for Defendant<br>GREKA OIL & GAS, INC.<br><br>Phone    (213) 443-7535<br>Fax       (213) 629-7401 |
| Gregg S. Garrison, Esq.<br>Garrison Law Corporation<br>1525 State Street, Suite 100<br>Santa Barbara, CA 93101 | ggarrison@garrisonlawcorp.com<br><br>Attorneys for Defendant<br>GREKA OIL & GAS, INC.<br><br>Phone    (805) 957-1700<br>Fax       (805) 957-1709 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 15, 2009, at Los Angeles, California.

_____
Dee Keegan

LA/858546v1

-1-