MICHAEL J. BIDART #60582
RICARDO ECHEVERRIA #166049
**SHERNOFF BIDART DARRAS ECHEVERRIA, LLP**
600 South Indian Hill Boulevard
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Attorneys for Attorneys for Defendant & Cross-Complainant,
GREKA OIL & GAS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VINTAGE PETROLEUM, LLC, a limited liability company under the law of the State of Delaware, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE, an Illinois Corporation; GREKA OIL & GAS, INC., A Colorado Corporation doing business under the laws of the State of California, DOES 1 through 20, inclusive, <br><br> Defendant. | Case No.: 2:09-cv-02628-DDP-SS <br> [Hon. Judge Dean E. Pregerson – Dept. 3] <br><br> **STIPULATION FOR LEAVE TO FILE FIRST AMENDED CROSS-COMPLAINT BY GREKA OIL & GAS, INC. AND RESPONSE BY AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY** <br><br> Complaint Filed: August 27, 2008 |
| GREKA OIL & GAS, INC., <br><br> Cross-Complainant, <br><br> vs. <br><br> AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE, an Illinois Corporation; and, DOES | |

STIPULATION FOR LEAVE TO FILE FIRST AMENDED CROSS-COMPLAINT BY GREKA OIL & GAS, INC.
AND RESPONSE BY AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

1 through 20, inclusive,

    Cross-Defendants.

Defendant, Cross-Defendant and Cross-Claimant GREKA OIL & GAS, Inc. ("GREKA") and Defendant, Counter-Claimant, Cross-Claimant and Cross-Defendant AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY ("AISLIC"), by and through their attorneys, hereby stipulate and agree as follows:

1. The parties, by and through their counsel of record, met and conferred pursuant to Local Rule 7-3 to discuss AISLIC's possible Motion to Dismiss GREKA's original Cross Complaint.

2. As a result, the parties now stipulate the GREKA shall file a First Amended Cross-Complaint against AISLIC no later than August 6, 2009.

3. AISLIC's response to GREKA's First Amended Cross-Complaint shall be due within (20) days after service thereof.

///
///
///

4. A true and correct copy of the First Amended Cross-Complaint GREKA intends to file with the Court is attached hereto as Exhibit "A."

**IT IS SO AGREED AND STIPULATED.**

Date: August 4, 2009

SHERNOFF BIDART
DARRAS & ECHEVERRIA, LLP

By _____
MICHAEL J. BIDART
RICARDO ECHEVERRIA
Attorneys for Defendant and
Cross-Complainant
GREKA OIL & GAS, INC.

Date: August 4, 2009

SEDGWICK, DETERT, MORAN
& ARNOLD, LLP

By _____
DAVID A. RING
Attorneys for Defendant, Counter-
Claimant and Cross-Defendant,
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY