## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-02628 DDP (SSx) | Date | September 16, 2009 |

Title   VINTAGE PETROLEUM, LLC, a limited liablity company nder the laws of the State of Delaware -V- AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation; and GREKA OIL & GAS, INC., a Colorado Corporation doing business under the Laws of the State of California

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Patricia Glaser | Susan Koehler Sullivan |
| Aaron Allan | J. Gregory Lahr |
| Heather R. Skinazi | Steven Messner |
| | Steven M. Schuetze |

Proceedings:

   SCHEDULING CONFERENCE

Held scheduling conference.

Court and counsel confer re case status.

Court sets trial dates.  (Refer to the SCHEDULING ORDER to be issued hereafter.)

|  | 00 | : | 10 |
|---|---|---|---|
|  | Initials of Preparer | JAC | |